| | |
|---|---|
| 1 | Robert C Weems (CA SBN 148156) |
| | WEEMS LAW OFFICES |
| 2 | 769 Center Blvd., PMB 38 |
| | Fairfax, CA 94930 |
| 3 | Ph: 415.881.7653 |
| | Fx: 866.610.1430 |
| 4 |    rcweems@weemslawoffices.com |

Attorneys for Defendant
  GREG SCHOEPP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON CHAPMAN, | Case No. 2:17-cv-02345-TLN-DB |
|   Plaintiff, | **STIPULATION AND ORDER CONTINUING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| SIMPLE THAI; GREG SCHOEPP; HAVA INVESTMENT LLC, | |
|   Defendants. | |
| HAVA INVESTMENT, LLC, | |
|   Cross-Claimant, | |
| v. | |
| JESSICA DOUANGPANYA, BAO NGO, | |
|   Cross-Defendants. | |

/ / /

1

STIPULATION & ORDER                                                            Case No. 2:17-cv-02345-TLN-DB

Plaintiff, through his counsel, stipulates that Defendant GREG SCHOEPP, may have until Monday, March 5, 2018, to respond to the complaint herein.

SO STIPULATED AND AGREED.

Dated: __Feb. 1, 2018__     THOMAS E. FRANKOVICH, A PROFESSIONAL LAW CORPORATION

_/s/Amanda Lockhart_____
Amanda Lockhart
Attorneys for BRYON CHAPMAN

Dated: __Feb. 1, 2018__     WEEMS LAW OFFICES

__/s/ Robert C. Weems_____
Robert C. Weems
Attorneys for GREG SCHOEPP

## ORDER

Good cause appearing and based upon the Stipulation of the parties it is ordered that the time for Defendant to respond to the Complaint is extended until Monday, March 5, 2018.

IT IS SO ORDERED.

Dated: 2/12/2018

Troy L. Nunley
United States District Judge